UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILIP ROY GALANTI,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 2:19-cv-01044-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Court to Issue Scheduling Order (ECF No. 35). The Court has reviewed the docket and finds Plaintiff is *pro se*, but not incarcerated. Further, the Court notes that while a Motion to Dismiss is pending, Defendants have not filed a motion to stay discovery.

Accordingly,

IT IS HEREBY ORDERED that the parties shall meet and confer, by telephone or through other reliable electronic means, for purposes of agreeing upon a scheduling order within ten (10) calendar days of the date of this Order. However, nothing in this Order precludes Defendants from seeking a stay of discovery if they choose to do so.

Dated this 30th day of June, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1