UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILIP ROY GALANTI,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 2:19-cv-01044-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Extend Time (ECF No. 73). Plaintiff did not meet and confer with Defendants before filing a motion to modify the scheduling order, which he must do before the Court will consider his Motion. Plaintiff is advised to reach out to defense counsel to request the extension.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time (ECF No. 73) is DENIED without prejudice.

IT IS FURTHER ORDERED that counsel for Defendants **must cooperate and assist in coordinating efforts to meet and confer** regarding Plaintiff's requested extension. The parties should simultaneously discuss Defendants' requested extension, which is currently pending.

IT IS FURTHER ORDERED that Plaintiff **must** provide an email address and telephone number, if he has either or both, by filing this information with the Clerk of Court no later than **October 30, 2024**.

Dated this 16th day of October, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1